UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21509-CIV-GOLD/MCALILEY

JEANETTE LOPEZ

     Plaintiff,

v.

PARTY CITY FRANCHISE GROUP, LLC,
d/b/a PARTY CITY

     Defendant.

_____/

<u>ORDER DISMISSING ACTION; CLOSING CASE</u>

THIS CAUSE comes before the Court on the Joint Stipulation for Dismissal with Prejudice of Complaint [DE 7] filed on July 7, 2008.  In this Joint Stipulation, the parties request that Plaintiff's Complaint against Defendant be dismissed with prejudice, but without prejudice as to the putative class, with each party to bear their own costs and attorney's fees.  Having reviewed this Stipulation and the case file, I dismiss this case with prejudice and close this case.  it is hereby

ORDERED AND ADJUDGED that

1.     This Complaint is DISMISSED with prejudice, but without prejudice as to the putative class.

2.     Each party shall bear its own attorney's fees and costs.

3.     This case is CLOSED.

4.     All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in Miami, Florida this 9th day of July, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record